**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__EASTERN__        __NEW YORK__
                    (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  4504 15 AND 1476 45 EQUITY PARTNERS LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   87 - 0863076

4. **Debtor's address**

   **Principal place of business**
   4403 15TH AVENUE
   Number    Street
   STE 314

   BROOKLYN     NY    11219
   City         State  ZIP Code

   KINGS
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City         State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   4504 15TH AVENUE BROOKLYN NY 11219
   Number    Street
   1476 45TH STREET BROOKLYN NY 11219

   City         State  ZIP Code

5. **Debtor's website** (URL)  _____

Debtor  **4504 15 AND 1476 45 EQUITY PARTNERS LLC**                             Case number (*if known*)_____
          <sub>Name</sub>

| | | |
|---|---|---|
| 6. | **Type of debtor** | ● Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ❑ Partnership (excluding LLP) |
| | | ❑ Other. Specify: _____ |

7. **Describe debtor's business**

   A. *Check one:*

   ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ❑ Railroad (as defined in 11 U.S.C. § 101(44))
   ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ● None of the above

   B. *Check all that apply:*

   ❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   _5313_ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ❑ Chapter 7
   ❑ Chapter 9
   ● Chapter 11. *Check **all** that apply*:

       ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

       ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

       ❑ A plan is being filed with this petition.

       ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ❑ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ● No
   ❑ Yes.  District _____  When _____  Case number _____
                                                                      MM / DD / YYYY
                 District _____  When _____  Case number _____
                                                                      MM / DD / YYYY

Debtor  **4504 15 AND 1476 45 EQUITY PARTNERS LLC**  Case number (*if known*)_____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

■ No
☐ Yes.   Debtor _____   Relationship _____
         District _____   When _____
                                                        MM / DD / YYYY
         Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number    Street
                           _____
                           _____     _____ _____
                           City                       State ZIP Code

**Is the property insured?**

☐ No
■ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49           ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page **3**

Debtor  **4504 15 AND 1476 45 EQUITY PARTNERS LLC**                     Case number (*if known*)_____
        Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ● $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ● $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 / 25 / 2025
             MM / DD / YYYY

✘ /S/ NECHEMIA WEINBERGER                    NECHEMIA WEINBERGER
Signature of authorized representative of debtor    Printed name

Title  MEMBER

**18. Signature of attorney**

✘ /S/ JOSHUA R. BRONSTEIN ESQ                Date  03/25/2025
Signature of attorney for debtor                          MM / DD / YYYY

Joshua R. Bronstein, Esq
Printed name

Joshua R. Bronstein & Associates, PLLC
Firm name

114 Soundview Drive
Number    Street

Port Washington                              NY        11050
City                                          State    ZIP Code

Tel 516-698-0202                              jbrons5@yahoo.com
Contact phone                                 Email address

4178687                                       NEW YORK
Bar number                                    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**