**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**Case No.**   25-41415
**Chapter 11**

**In re:**          **4504 15th and 1476 45 Equity Partners LLC   Debtor**

### DISCLOSURE OF CORPORATE OWNERSHIP STATEMENT

**Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and Local Bankruptcy Rule 1073-3, NECHEMIA WEINBERGER hereby files this Disclosure of Corporate Ownership Statement and certifies as follows:**

**1.  Corporate Ownership: 4504 15th and 1476 45 Equity Partners LLC is a privately held limited liability company.**

**2. Principal Officer: The principal officer of 4504 15th and 1476 45 Equity Partners LLC is Nechemia Weinberger, who serves as the Managing Member.**

**3. Ownership Interest: Nechemia Weinberger holds a 100% ownership interest in**

### Statement of Ownership

**I, Nechemia Weinberger, Managing Member of 75 Essex Corner LLC, declare under penalty of perjury that I am the sole owner of 75 Essex Corner LLC, holding 100% of the ownership interests in the company.**

**Dated: April 8th 2025**

          **/s/  Nechemia Weinberger**


_____/s/_____
**Joshua R. Bronstein Esq.**
**Joshua R. Bronstein & Associates, PLLC**
**114 Soundview Drive Port Washington, NY 11050**
**Tel: 516-698-0202 Fax: 516-791-3470 Email: jbrons5@yahoo.coma**