**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Scott A. Steinberg, Esq.*
*Phone: 516-747-0300 ext. 127*
*Fax: (516) 747-0653*
*E-mail: ssteinberg@meltzerlippe.com*

December 29, 2025

**Via ECF**
Honorable Nancy Hershey Lord
United States Bankruptcy Judge
United States Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, New York 11201
Attn.: Ms. Angela Howard

**Re:** ***4504 15th and 1476 45 Equity Partners LLC***
**Chapter 11 Case No. 25-41415 (NHL)**

Dear Ms. Howard:

This will confirm that the Court has adjourned the hearing on the Objection to Claim of Leon Eisner [ECF 86], filed by Leo Fox, Esq. on behalf of Solomon Oberlander, Chedva Freund and Shmuel Babad from January 13, 2026 to February 3, 2026 at 3:00 p.m.

Thank you for your time and consideration.

Respectfully submitted,

*/s/ Scott A. Steinberg*
Scott A. Steinberg

SAS:cbc

c.c. Leo Fox, Esq. (*via ECF only*)